STATE OF CONNECTICUT *v.* ROY TYSON

The defendant's petition for certification for appeal from the Appellate Court, 23 Conn. App. 28, is denied.

*Lauren Weisfeld,* assistant public defender, in support of the petition.

*Susan C. Marks,* assistant state's attorney, in opposition.

Decided November 2, 1990

PATRICK R. GIL *v.* INLAND WETLANDS AND WATERCOURSES AGENCY OF THE TOWN OF GREENWICH ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 23 Conn. App. 379, is granted, limited to the following issue:

"In considering whether the action of an inland wetlands agency denying a building permit amounts to an unconstitutional taking of the applicant's property, what is the proper standard for determining a taking?"

*Eugene F. McLaughlin, Jr.,* assistant town attorney, in support of the petition.

*Patrick R. Gil,* pro se, in opposition.

Decided November 2, 1990

MARY ELLEN GUINAN *v.* DIRECT MARKETING ASSOCIATION, INC., ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 23 Conn. App. 805, is denied.

*Bruce R. Levin,* in support of the petition.

*Robert P. Wenten,* in opposition.

Decided November 2, 1990